## STATEMENT OF FACTS

The Federal Bureau of Investigation (FBI), and other law enforcement agencies, have been conducting a criminal investigation into individuals believed to be responsible for more than a dozen commercial armed robberies since January 1, 2022, in Washington, D.C.; Montgomery County, MD; and Prince George's County, MD. Many of these armed robberies have been linked by vehicles used during the robberies, physical characteristics of the assailants, weapons used, surveillance videos, and cell site data.

On February 22, 2022, law enforcement recovered a black Acura TLX which had been stolen out of Maryland in January 2022. The black Acura was consistent with the vehicle used in a number of armed robberies in February 2022. A search of the Acura's "infotainment system" revealed that after it was stolen the Acura stopped multiple times around two locations—the 5000 block of 1st St Northwest, Washington, D.C. and the 1700 block of Trinidad St NE, Washington, D.C. As discussed further below, location information from the Acura's infotainment system also placed the recovered black Acura TLX at some of the robberies, and further analysis is ongoing.

On March 1, 2022, the Metropolitan Police Department (MPD) located a dark grey Lexus ES350 in the 1700 block of Trinidad St NE, Washington, D.C. This is one of the locations the black Acura had frequented. The vehicle was parked in such a way that it appeared whoever had parked it had attempted to obscure any tags. Upon obtaining the tag information for the Lexus it was determined that the tags belonged on a Ford and that it was reported stolen out of Maryland. An analysis of the VIN of the Lexus determined that it was stolen out of Maryland. Law enforcement was able to contact the owner of the Lexus and on Wednesday March 2, 2022, FBI agents obtained consent from the vehicle owner to place a GPS tracking device on the Lexus.

On Sunday, March 6, 2022, at approximately 9:30 a.m. the GPS tracker alerted that the Lexus had moved. FBI physical surveillance tracked the vehicle to the area of 5000 1st ST NW, which is one of the locations the black Acura had frequented. At approximately 1:18 p.m. two individuals departed 5006 1st ST NW and entered the Lexus.

Moments after the two individuals entered the Lexus, the Lexus departed the area north on 1st St. NW. FBI agents initiated a traffic stop and the Lexus attempted to flee. FBI agents blocked the intersection of 1st St and Gallatin St NW and the occupants in the Lexus, who were later identified as Stephon Harrigan and Aaron Harrigan, fled on foot. Aaron Harrigan was detained on New Hampshire Avenue. Stephon Harrigan ran south on 1st St NW and entered an alley that led to the parking lot of the Avenue Supermarket located at 5010 New Hampshire Ave, NW. Stephon Harrigan then entered a woman's (V1) vehicle without her consent and physically forced her to drive him away from the area. V1 wrecked into an unmarked MPD cruiser conducting surveillance in the area. Stephon Harrigan again attempted to flee on foot but was detained.

On March 6, 2022, pursuant to a search warrant, law enforcement searched a residence connected to the Harrigan brothers at 5006 1st ST NW, Washington, D.C. In the living room, where family members indicated Aaron Harrigan slept, law enforcement recovered a computer and approximately 7 social security cards and 3 ID cards. Law enforcement also recovered approximately 12 sets of car keys in the residence. Many of the social security cards or IDs appear to belong to any of the occupants of 5006 1st ST NW and some of them are linked to addresses in

Maryland. Inside the Lexus referenced above was an ID and credit cards which corresponded to one of the social security cards found inside of 5006 1st St NW. Similarly, the car keys recovered appear to be from various types of vehicles including Mercedes, Acura, Toyota, Honda, and other yet unidentified vehicles.

In a bedroom primarily occupied by a female relative of the Harrigan brothers, law enforcement located men's clothing and shoes and a firearm. A relative on scene indicated that Stephon Harrigan sometimes stayed in that bedroom and the men's clothing and firearm would have been his. A photograph of Stephon Harrigan's girlfriend wearing a distinctive yellow "Aeropostale" sweatshirt worn during some of the armed robberies was also located in the apartment. Medication and documents with Stephon Harrigan's name on them were also found in the apartment. Aaron and Stephon Harrigan were charged via Complaint on March 7, 2022. *See* 22-mj-53-ZMF.

A search of the Lexus revealed several cell phones; an apple watch; various keys, including a key which law enforcement confirmed opened the Black Acura TLX referenced above; and a dark navy jacket with a white zipper consistent with a jacket worn by one of the suspects in a number of armed robberies.

On March 8, 2022, the FBI began a manual review of the Lexus' in-car navigation system. Four devices were attached to the Lexus. The owner of the vehicle confirmed that his/her families' devices had been deleted and he/she did not recognize any of the four connected numbers. One of the devices connected to the Lexus after it was stolen was labeled "Tavarus's iPhone" and had phone number (202) 290-0411 listed.

The FBI was able to determine that (202) 290-0411 was associated with a Tavarus Thompson (Thompson), with an address of 1732 Trinidad Ave, NE, Washington, D.C. This block is one of the locations frequented by the black Acura TLX described above, and where the stolen Lexus was found.

After identifying Thompson and confirming that his cell phone number was connected to the Lexus; law enforcement reviewed additional surveillance footage obtained from businesses that were the victims of recent commercial robberies, as well as body-worn camera (BWC) footage of prior interactions Thompson had with law enforcement. Based upon your affiant's review of this surveillance footage and BWC from multiple occasions, your affiant believes Thompson is one of the previously unidentified subjects in this string of commercial robberies.

At approximately 10:37 a.m. on January 23, 2022, the SK Convenience Store located at 3847 34th St. in Mt. Rainier, MD, was robbed at gunpoint by three individuals (Subjects One-Three).[1] Subject One wore a black Helly Hansen jacket with neon green zipper pulls, black pants, black boots, and a black facemask and sunglasses. Subject One carried a silver handgun. Subject Two wore a neon green jacket and blue jeans with black tights underneath and carried a black handgun with an extended magazine. Subject Three wore dark pants and a navy jacket with prominent white zipper which is consistent with the one recovered from the Lexus following the

---

[1] This location was again robbed on February 13, 2022 by an individual who also robbed Roaming Rooster nearby. After the Roaming Rooster robbery, the suspect was seen fleeing in a black Acura TLX with the same temporary tags as the Acura recovered above.

Harrigan brothers' arrest. According to witness statements, Subject One was described as possibly being left-handed. The three subjects were said to fled "down 34th Street towards Rhode Island Avenue" and to have entered a grey SUV with paper temporary tags. Subjects One and Two are shown in the photographs below.



Several minutes later, at approximately 10:44 a.m., the Family Dollar located at 2305 Rhode Island Ave., NE, Washington, D.C. was robbed at gunpoint by three individuals. The Family Dollar is approximately one mile west of the SK Convenience Store. Based upon clothing worn by the suspects in the Family Dollar video (which was similar to the clothing worn by the suspects in the SK Convenience Store video) and the vehicle used, which according to witnesses was a grey SUV similar to the vehicle used by the suspects in the Family Dollar robbery, the three individuals who committed the Family Dollar are believed to be the same three individuals who had committed the SK Convenience Store robbery.



Following the robbery, the three individuals were observed on exterior surveillance cameras fleeing the area and returning to a silver Honda Pilot SUV:





One week later, on January 29, 2022, Thompson was stopped by members of MPD because he was driving a vehicle that was not displaying a license plate. During the stop he provided officers with a fake name. Photos from the officers' BWC show that Thompson is wearing a jacket that appears identical to the one worn Subject One during both January 23, 2022, robberies. He also appears to be wearing an identical black mask.





Review of previously recorded MPD custodial interviews showed that Thompson is left-handed. This is consistent with victim statements and surveillance footage, which indicates that Subject One—believed to be Thompson—is left handed.

On March 11, 2022, law enforcement obtained additional information on cellular telephone number 202-290-0411, determined to belong to Thompson. Records from the Connecticut Department of Corrections showed a call on March 8, 2022, from an inmate at the Hartford Correctional Institute to Thompson. The inmate was later determined to be Thompson's brother. In the call, Thompson told his brother that he was is on his way to Florence, South Carolina, to "spend some time with Amari." Thompson went on to say that he "had to step- I had to step outta DC for a minute, man, it's crazy down there." This was the day after the Harrigan brothers were charged on March 7, 2022. Based on the nature of the telephone call with his brother, your affiant believes that Thompson may have fled the Washington, D.C. area to avoid arrest for his role in the armed robbery string.

On March 14, 2022, T-Mobile provided the FBI with historical and prospective cell site data in response to a search warrant issued by the District Court for the District of Columbia. The prospective, or "live" pings corroborate the jail call in which Thompson told his brother that he was traveling to South Carolina. The cell phone pings for cellular telephone number 202-290-0411 show that as of this writing the device is in and around Marion, South Carolina.

Review of the historical cell site data showed that on numerous instances, (202) 290-0411 (hereinafter "the Device") was located at or near the scene of a commercial robbery, or other location of interest. For example:

a. January 17, 2022: the Device made or received a telephone call at 8:58 p.m., that was consistent with being in the area of Popeye's located at 3200 Bladensburg Road NE, Washington, D.C. The robbery occurred at approximately 9:07 p.m. (CCN 22007475).

b. February 1, 2022: the Device made or received a telephone call at 8:28 p.m., that was consistent with being in the area of City Kabob and Curry House located at 204 Michigan Avenue NE, Washington, D.C. The robbery occurred at approximately 8:40 p.m. (CCN 22014970).

c. February 11, 2022:  the Device made or received a telephone call at 8:54 a.m., that was consistent with being in the area of BP Gas Station located at 5207 Nannie Helen Burroughs Avenue NE, Washington, D.C. At the same time a black Acura and gray Lexus were seen on surveillance camera at the BP station. A credit card belonging to a victim of an armed robbery on February 10, 2022, was used to purchase gas for the black Acura at this location.

d. February 13, 2022: the Device made or received a telephone call at 7:19 p.m., that was consistent with being in the area of SK Life Convenience Store located at 3847 34th Street, Mount Rainier, Maryland. This was determined because the device in question utilized cellular resources that were consistent with being in the area of the robbery. The robbery occurred at 7:23 p.m. (RMS 220000157). This is the same convenience store robbed on January 23, 2022 which is described in further detail above.

e.  February 13, 2022: the Device made or received a telephone call at 8:13 p.m., that was consistent with being in the area of Roaming Rooster located at 3176 Bladensburg Road NE, Washington, D.C. This was determined because the device in question utilized cellular resources near the area of the robbery, approximately 17 minutes prior to the reported robbery time.[2] The robbery occurred at approximately 8:30 p.m. (CCN 22021245).

A criminal history check of Thompson through the National Crime Information Center (NCIC) confirmed that the defendant has prior felony convictions in the Superior Court for the District of Columbia in case 2020-FD3-009134. In that case, Thompson was sentenced to 12 months of incarceration. Therefore, the defendant would have been aware at the time of his arrest in this case that he had a prior conviction for a crime punishable by more than one year.

_____
Special Agent Joshua Smith-Shimer
Federal Bureau of Investigation

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 16TH day of March, 2022.*

_____
ROBIN M. MERIWEATHER
U.S. MAGISTRATE JUDGE

---

[2] Your affiant has reviewed data taken from the infotainment system of the black Acura TLX which showed that prior to the Roaming Rooster robbery, the black Acura TLX parked in the vicinity of Commodore Joshua Barney Dr. NE, Washington, D.C., between the times of the SK Life and the Roaming Rooster robberies. This is corroborated by the Device's cell site pings. This location is also the location that the Acura TLX was "dumped" later that night, and is .25 miles from the Roaming Rooster.